# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>[1] STEVEN MICHAEL RODRIGUEZ,<br>   aka Metra<br>[2] VICTOR ALGARIN FEBRES,<br>Defendants, | INDICTMENT<br><br>Criminal No. 13-866 (DKD)<br><br>Violations:<br>Title 18, United States Code, Sections 2, 2113(a) and 924(c)<br><br>(FOURTEEN COUNTS) |

RECEIVED AND FILED 2013 DEC -5 PM 6:51 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR

THE GRAND JURY CHARGES:

## COUNT ONE

On or about February 10, 2012, in San Juan, the District of Puerto Rico and within the jurisdiction of this Court,

**STEVEN MICHAEL RODRIGUEZ aka Metra**
**and**
**VICTOR ALGARIN FEBRES,**

the defendants herein, aiding and abetting each other and others known to the Grand Jury, by force, violence and intimidation did take from the person or presence of another, money, that is, twenty seven thousand two hundred seventy one dollars ($27,271.00), belonging to and in the care, custody, of Banco Santander, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a) and 2.

1

## COUNT TWO
### Possession of firearms during and in relation to a crime of violence
### (Title 18, United States Code, Section 924(c))

On or about February 10, 2012, in San Juan, the District of Puerto Rico, and within the jurisdiction of this Court,

**STEVEN MICHAEL RODRIGUEZ aka Metra
and
VICTOR ALGARIN FEBRES,**

the defendants herein, aiding and abetting each other and others known to the Grand Jury did knowingly use and carry firearms, to wit two (2) Glock pistols, caliber 40, model 23, loaded with magazines and ammunition of its own caliber, during and in relation to the crime of violence, as charged in Count One of this Indictment, which may be prosecuted in a Court of the United States. All in violation of Title 18, United States Code, Section 924(c)(1)(A) and 2.

## COUNT THREE

On or about March 1, 2012, in San Juan, the District of Puerto Rico and within the jurisdiction of this Court,

**STEVEN MICHAEL RODRIGUEZ, aka Metra
and
VICTOR ALGARIN FEBRES,**

the defendants herein, aiding and abetting each other and others known to the Grand Jury, by force, violence and intimidation did take from the person or presence of another, money, that is, nine thousand three hundred sixty dollars ($9,360.00), belonging to and in the care, custody, of Banco Popular de Puerto Rico, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a) and 2.

## COUNT FOUR
### Possession of firearms during and in relation to a crime of violence
### (Title 18, United States Code, Section 924(c))

On or about March 1, 2012, in San Juan, the District of Puerto Rico, and within the jurisdiction of this Court,

**STEVEN MICHAEL RODRIGUEZ aka Metra**
**and**
**VICTOR ALGARIN FEBRES,**

the defendants herein, aiding and abetting each other and others known to the Grand Jury did knowingly use and carry firearms, to wit two (2) Glock pistols, caliber 40, model 23, loaded with magazines and ammunition of its own caliber, during and in relation to the crime of violence, as charged in Count Three of this Indictment, which may be prosecuted in a Court of the United States. All in violation of Title 18, United States Code, Section 924(c)(1)(A) and 2.

## COUNT FIVE

On or about March 29, 2012, in San Juan, the District of Puerto Rico and within the jurisdiction of this Court,

**STEVEN MICHAEL RODRIGUEZ aka Metra**
**and**
**VICTOR ALGARIN FEBRES,**

the defendants herein, aiding and abetting each other and others known to the Grand Jury, by force, violence and intimidation did take from the person or presence of another, money, that is, four thousand six hundred seventy five dollars ($4,675.00), belonging to and in the care, custody, of Banco Santander, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a) and 2.

## COUNT SIX
**Possession of firearms during and in relation to a crime of violence**
**(Title 18, United States Code, Section 924(c))**

On or about March 29, 2012, in San Juan, the District of Puerto Rico, and within the jurisdiction of this Court,

**STEVEN MICHAEL RODRIGUEZ aka Metra**
**and**
**VICTOR ALGARIN FEBRES,**

the defendants herein, aiding and abetting each other and others known to the Grand Jury did knowingly use and carry firearms, to wit two (2) Glock pistols, caliber 40, model 23, loaded with magazines and ammunition of its own caliber, during and in relation to the crime of violence, as charged in Count Five of this Indictment, which may be prosecuted in a Court of the United States. All in violation of Title 18, United States Code, Section 924(c)(1)(A) and 2.

## COUNT SEVEN

On or about April 5, 2012, in San Juan, the District of Puerto Rico and within the jurisdiction of this Court,

**STEVEN MICHAEL RODRIGUEZ aka Metra**
**and**
**VICTOR ALGARIN FEBRES,**

the defendants herein, aiding and abetting each other and others known to the Grand Jury, by force, violence and intimidation did take from the person or presence of another, money, that is, thirteen thousand two hundred sixty two dollars ($13,262.00), belonging to and in the care, custody, of Banco Santander, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a)

## COUNT EIGHT
### Possession of firearms during and in relation to a crime of violence
### (Title 18, United States Code, Section 924(c))

On or about April 5, 2012, in San Juan, the District of Puerto Rico, and within the jurisdiction of this Court,

**STEVEN MICHAEL RODRIGUEZ aka Metra**
**and**
**VICTOR ALGARIN FEBRES,**

the defendants herein, aiding and abetting each other and others known to the Grand Jury did knowingly use and carry firearms, to wit two (2) Glock pistols, caliber 40, model 23, loaded with magazines and ammunition of its own caliber, during and in relation to the crime of violence, as charged in Count Seven of this Indictment, which may be prosecuted in a Court of the United States. All in violation of Title 18, United States Code, Section 924(c)(1)(A) and 2.

## COUNT NINE

On or about May 3, 2012, in Caguas, the District of Puerto Rico and within the jurisdiction of this Court,

**STEVEN MICHAEL RODRIGUEZ aka Metra**
**and**
**VICTOR ALGARIN FEBRES,**

the defendants herein, aiding and abetting each other and others known to the Grand Jury, by force, violence and intimidation did take from the person or presence of another, money, that is, eighteen thousand two hundred eighty five dollars ($18,285.00), belonging to and in the care, custody, of Banco Santander, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a) and 2.

## COUNT TEN
### Possession of firearms during and in relation to a crime of violence
### (Title 18, United States Code, Section 924(c))

On or about May 3, 2012, in Caguas, the District of Puerto Rico, and within the jurisdiction of this Court,

**STEVEN MICHAEL RODRIGUEZ aka Metra**
**and**
**VICTOR ALGARIN FEBRES,**

the defendants herein, aiding and abetting each other and others known to the Grand Jury did knowingly use and carry firearms, to wit two (2) Glock pistols, caliber 40, model 23, loaded with magazines and ammunition of its own caliber, during and in relation to the crime of violence, as charged in Count Nine of this Indictment, which may be prosecuted in a Court of the United States. All in violation of Title 18, United States Code, Section 924(c)(1)(A) and 2.

## COUNT ELEVEN

On or about June 14, 2012, in San Juan, the District of Puerto Rico and within the jurisdiction of this Court,

**STEVEN MICHAEL RODRIGUEZ aka Metra**
**and**
**VICTOR ALGARIN FEBRES,**

the defendants herein, aiding and abetting each other and others known to the Grand Jury, by force, violence and intimidation did take from the person or presence of another, money, that is, two thousand one hundred thirty two dollars ($ 2,134.00), belonging to and in the care, custody, of Banco Santander, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a) and 2.

## COUNT TWELVE
### Possession of firearms during and in relation to a crime of violence
### (Title 18, United States Code, Section 924(c))

On or about June 14, 2012, in San Juan, the District of Puerto Rico, and within the jurisdiction of this Court,

**STEVEN MICHAEL RODRIGUEZ aka Metra**
**and**
**VICTOR ALGARIN FEBRES,**

the defendants herein, aiding and abetting each other and others known to the Grand Jury did knowingly use and carry firearms, to wit two (2) Glock pistols, caliber 40, model 23, loaded with magazines and ammunition of its own caliber, during and in relation to the crime of violence, as charged in Count Eleven of this Indictment, which may be prosecuted in a Court of the United States. All in violation of Title 18, United States Code, Section 924(c)(1)(A) and 2.

## COUNT THIRTEEN

On or about June 21, 2012, in San Juan, the District of Puerto Rico and within the jurisdiction of this Court,

**STEVEN MICHAEL RODRIGUEZ aka Metra**
**and**
**VICTOR ALGARIN FEBRES,**

the defendants herein, aiding and abetting each other and others known to the Grand Jury, by force, violence and intimidation did take from the person or presence of another, money, that is, two thousand twelve dollars ($ 2,012.00), belonging to and in the care, custody, of Banco Santander, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a) and 2.

<u>**COUNT FOURTEEN**</u>
**Possession of firearms during and in relation to a crime of violence**
**(Title 18, <u>United States Code</u>, Section 924(c))**

On or about June 21, 2012, in San Juan, the District of Puerto Rico, and within the jurisdiction of this Court,

**STEVEN MICHAEL RODRIGUEZ aka Metra**
**and**
**VICTOR ALGARIN FEBRES,**

the defendants herein, aiding and abetting each other and others known to the Grand Jury did knowingly use and carry firearms, to wit two (2) Glock pistols, caliber 40, model 23, loaded with magazines and ammunition of its own caliber, during and in relation to the crime of violence, as charged in Count Thirteen of this Indictment, which may be prosecuted in a Court of the United States. All in violation of Title 18, <u>United States Code</u>, Section 924(c)(1)(A).

TRUE BILL

*ROSA EMILIA RODRIGUEZ-VELEZ*
United States Attorney

FOREPERSON

Date: 12/5/2013

Jose A. Ruiz-Santiago
Assistant U.S. Attorney
Chief, Criminal Division

Jose Capo-Iriarte
Assistant U. S. Attorney
Chief Violent Crimes Unit

Carmen M. Marquez
Assistant U. S. Attorney